IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Teko Washington, | ) | Case No. 4:16-CV-02738-BHH-KDW |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF REQUEST FOR PROTECTION** |
| | ) | **FROM COURT APPEARANCES** |
| W.B. Benton | ) | |
| Defendant. | ) | |
| | ) | |

NOW COMES J. Christopher Mills, counsel for Plaintiff, and requests protection from trial and or other required court appearances for the dates including June 22, 2017 through July 5, 2017, due to longstanding travel plans. Counsel respectfully seeks the court's consideration for this request.

Respectfully submitted this the 7th of June, 2017, in Columbia, South Carolina.

                                        s/J. Christopher Mills_____
                                        J. Christopher Mills (#4802)
                                        P.O. Box 8475
                                        Columbia, South Carolina 29202
                                        Phone  803-748-9533
                                        Fax     803-753-9123
                                        Email: chris@chrismillslaw.com

                                        ATTORNEYS FOR PLAINTIFF