IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Teko Washington, | ) | C/A NO. 4:16-CV-02738-BHH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | STIPULATION OF DISMISSAL |
| | ) | |
| W.B. Benton, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and their respective counsel, that the above-captioned action is voluntarily dismissed, with prejudice, against the Defendants pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. All parties agree to be responsible for their own costs and attorney's fees, except as provided by written agreement.

_____
J. Christopher Mills, Esq.
ATTORNEY FOR PLAINTIFF

_____
J. Scott Kozacki, Esq.
ATTORNEY FOR DEFENDANT

August 15, 2017
South Carolina